IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00120-REB-MEH

CHRIS KONRADE,
ROBERT KONRADE, and
HELEN KONRADE,

      Plaintiffs,

v.

ALLY FINANCIAL, INC.,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 10, 2014**.

      Before the Court is a filing titled "Unopposed Motion for Order to Appear by Telephone" [filed April 10, 2014; docket #11]; however, the document filed is actually a proposed scheduling order. Without an actual motion seeking relief and filed in accordance with all applicable rules, the Court must **deny** the filing **without prejudice**.