IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00120-REB-MEH

CHRIS KONRADE,
ROBERT KONRADE, and
HELEN KONRADE,

      Plaintiffs,

v.

ALLY FINANCIAL, INC.,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 11, 2014**.

      Plaintiffs' "Unopposed Motion for Order to Appear by Telephone" [filed April 11, 2014; docket #14] is **granted**. Counsel for the parties may appear at the Scheduling Conference by first teleconferencing together, then calling my Chambers at 303.844.4507 at the appointed time.