IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00120-REB-MEH

CHRIS KONRADE,
ROBERT KONRADE, and
HELEN KONRADE,

    Plaintiffs,

v.

ALLY FINANCIAL, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 2, 2014**.

    The Stipulated Protective Order improperly filed as a "motion" in this case [filed May 30, 2014; docket #20] is **denied** as moot, as the document contains no request for relief. A proposed order must be accompanied by a motion seeking approval or other relief. In addition, the parties must submit via email to the Court a copy of the proposed order in useable format (Word, Word Perfect).