**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-00120-REB-MEH

CHRIS KONRADE,
ROBERT KONRADE, and
HELEN KONRADE,

     Plaintiffs/Counterclaim Defendants,

v.

ALLY FINANCIAL, INC.,

     Defendant/Counterclaimant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before the court on the **Stipulated Dismissal of Entire Action, Including All Claims and Counterclaims, With Prejudice** [#28][1] filed September 25, 2014. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Dismissal of Entire Action, Including All Claims and Counterclaims, With Prejudice** [#28] filed September 25, 2014, is **APPROVED**;

2. That the combined Final Pretrial Conference and Trial Preparation Conference set March 20, 2015, are **VACATED**;

---

[1] "[#28]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

3. That the jury trial set to commence April 6, 2015, is **VACATED**;

4. That any pending motion is **DENIED** as moot; and

5. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 25, 2014, at Denver, Colorado.

                              **BY THE COURT:**

                              */s/ Robert E. Blackburn*
                              Robert E. Blackburn
                              United States District Judge